**STATE of Missouri, Respondent,**

v.

**Larry L. HAYMAN, Appellant.**

**No. 45824.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1984.

Application to Transfer Denied
July 17, 1984.

Robert J. Maurer, Asst. Public Defender, Clayton, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant was convicted of carrying a concealed weapon, a violation of § 571.115, RSMo.1978, and found to be a persistent offender. He was sentenced to a term of six years imprisonment. He appeals. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 30.25(b).